## Meng *v.* Meng, Appellant.

Argued November 22, 1954. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*William N. J. McGinniss,* for appellant.

*Hyman A. Guth,* with him *Fred C. Gartner,* for appellee.

OPINION PER CURIAM, January 6, 1955:
The order of the Court below refusing to dissolve the preliminary injunction and permitting the appellee to file a bond nunc pro tunc, being interlocutory only and therefore not appealable, the appeal is quashed.